UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

IN RE:  
Alkesh Shastri

Case No. 23-bk-4889

Chapter 7

Debtor

_____/

**VERIFIED MOTION TO AVOID JUDICIAL**

**LIEN OF RAJESH PATEL**

Notice of Opportunity to  
Object and for Hearing (Negative Notice)

  Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at **400 West Washington Street, Suite 5100, Orlando, FL 32801** and serve a copy on the movant's attorney, **Armando E. Rosal, Esq, 1490 Emerson Dr., Palm Bay, FL 32907**, and any other appropriate persons within the time allowed.

  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1) On November 20, 2023, the Debtor filed a voluntary petition for Chapter 7 bankruptcy.

2) The authority for the requested relief is 11 U.S.C. 522(f).

3) On July 6, 2023 the creditor, Rajesh Patel, obtained a final judgment, for **$500,000** against the Debtor, Alkesh Shastri in Brevard County, Florida in case number 2021-CA-42075. The judgment was recorded in the public records of Brevard County, Florida on October 27, 2023 under book 9918, page 2571. A copy of the judgment is

attached as "Exhibit A".

4) The debtor has claimed an exemption of his homestead, located at 1045 Cady Circle, Titusville, FL 32780 with a Legal Description: BENT OAK AT MEADOWRIDGE LOT 30 as recorded in the Brevard County Public Records Book 0051 and Page 0087, in the Official records of Brevard County, FL; the current market value of the property is $290,000.

WHEREFORE, debtor requests that the recorded judicial lien which is impairing the homestead exemption should be avoided as allowed by law.

Signed under penalty of perjury on __20th Nov.__, 2023:

_____
Alkesh Shastri

Respectfully Submitted,

_____
Armando E. Rosal, Esq.

1490 Emerson Drive, NE
Palm Bay, FL 32907
321-728-2300
321-728-2442 (Fax)
rosallaw@aol.com
FL Bar No. 929026

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been furnished by US Mail, Certified Mail or electronically to Rajesh Patel, c/o Maurice Arcadier, Esq., (Creditor's representative) 2815 W New Haven Ave STE 304, Melbourne, FL 32904, (Email: arcadier@abwlegal.com) Trustee, and the Debtor, this the __20__ day of __November__, 20__23__.

_____
Armando E. Rosal, Esq.

Filing # 176880167 E-Filed 07/07/2023 08:39:52 AM

THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

RAJESH PATEL
    Plaintiff,
v.
                                    Case No.: 05-2021-CA-042075

ALKESH SHASTRI,
    Defendant.
_____/

## FINAL JUDGMENT

This cause comes before this Court on Plaintiff's *Motion For Entry Of Final Judgment* [DE 43] and this Court being fully advised in the premises Adjudges as follows:

1. On May 5, 2023, this Court signed an Order granting summary judgment against ALKESH SHASTRI in the amount of $500,000.00.

2. This Final Judgment is entered in favor of the Plaintiff, RAJESH PATEL and against the Defendant, ALKESH SHASTRI.

3. Defendant, ALKESH SHASTRI is held liable for the judgment in the amount of $500,000.00.

4. Post judgment interest will accrue at the Statutory rate.

5. Defendant shall be restricted from filing any further action against Plaintiff with respect to the basis and the facts included in this case or in the 2017 case and if Defendant were to file another action in violation of this paragraph the action shall be dismissed.

"Exhibit A"

6. The Court hereby reserves ruling as to the amount of attorney's fees, and costs to be awarded and enforcement of the Final Judgment.

7. It is further Adjudged that within five (5) days from the date of e-service of this Order, movant shall: (1) furnish a copy of this Final Judgment to each self-represented party, by U.S. Mail and via email, first class, postage paid; and (2) file a Certificate signed by movant that delivery of this Final Judgment has been made as set forth herein.

DONE and ORDERED at Viera, Brevard County, Florida, this Thursday, July 6, 2023.



Scott Blaue, JUDGE
05-2021-CA-042075 07/06/2023 04:55:55 PM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies have been furnished by U.S. mail or via filing with the Florida Courts E-filing Portal on Friday, July 7, 2023

ALKESH SHASTRI

CLERK DATA MISSING,

WOOD, JOSEPH C

Office@ABWlegal.com

Wood@ABWlegal.com

Cathy Biddle

cathy.biddle@flcourts18.org

Alkesh Shastri

AlkeshShastri@yahoo.com

Maurice Arcadier

office@abwlegal.com

arcadier@abwlegal.com

Stephen J Biggie

biggie@melbournelegalteam.com

office@melbournelegalteam.com

biggielegaldocsbackup@gmail.com

05-2021-CA-042075 07/07 2023 08:32:41 AM

_____
Jennifer Johnston, Judicial Assistant
05-2021-CA-042075 07/07/2023 08:32:41 AM