UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

IN RE:

ALKESH SHASTRI

Debtor
_____/

Case No. 6:23-bk-04889

Chapter 7

### SECOND AMENDED VERIFIED MOTION TO AVOID JUDICIAL LIEN ONLY ON DEBTOR'S HOMESTEAD OF RAJESH PATEL

**Notice of Opportunity to
Object and for Hearing (Negative Notice)**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by
U.S. Mail. If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at **400 West Washington Street, Suite 5100, Orlando, FL 32801** and serve a copy on the movant's attorney, **Armando E. Rosal, Esq, 1490 Emerson Dr., Palm Bay, FL 32907**, and any other appropriate persons within the time allowed.
If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time pennitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1. On November 20, 2023, the Debtor filed a voluntary petition for Chapter 7 bankruptcy.

2. The authority for the requested relief is 11 U.S.C. 522(f).

3. On July 6, 2023 the creditor, Rajesh Patel, obtained a final judgment, for **$500,000** against the Debtor, Alkesh Shastri in Brevard County, Florida in case number 2021- CA-42075. The judgment was recorded in the public records of Brevard County, Florida on October 27, 2023 under book 9918, page 2571. A copy of the judgment is attached as "Exhibit A".

4. The debtor has claimed an exemption of his homestead, located at 1045 Cady Circle, Titusville, FL 32780 with a Legal Description: BENT OAK AT MEADOWRIDGE LOT 30 as recorded in the Brevard County Public Records Book 0051 and Page 0087, in the Official records of Brevard County, FL; the current market value of the property is $290,000.

WHEREFORE, debtor requests that the recorded judicial lien which is impairing the homestead exemption should be avoided as allowed by law.

Signed under penalty of perjury on 1/24, 2024:

_____
Alkesh Shastri

Respectfully Submitted,

_____
Armando E. Rosal, Esq.

1490 Emerson Drive, NE
Palm Bay, FL 32907
321-728-2300
321-728-2442 (Fax)
rosallaw@aol.com
FL Bar No. 929026

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion has been furnished by US Mail, Certified Mail or electronically to Rajesh Patel c/o Stephen Biggie (biggie@wamalaw.com), the Trustee, and the Debtor, this the __29th__ day of __January__, 20__24__.

_____
Armando E. Rosal, Esq.