UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

In re:                                                      CASE NO.: 6:23-bk-04889

Alkesh Shastri

  Debtor.

_____/

### WITHDRAWAL OF DEBTOR'S

### SECOND AMENDED VERIFIED MOTION TO AVOID JUDICIAL

### LIEN ONLY ON DEBTOR'S HOMESTEAD OF RAJESH PATEL (Doc. #11)

COMES NOW, THE DEBTOR, Alkesh Shastri by and through undersigned counsel, and files this their withdrawal of their:

### SECOND AMENDED VERIFIED MOTION TO AVOID JUDICIAL

### LIEN ONLY ON DEBTOR'S HOMESTEAD OF RAJESH PATEL (Doc. #11)

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by either electronic transmission on Feb. 17th 2024 or U.S. Mail: Rajesh Patel c/o Stephen Biggie (biggie@wamalaw.com), the Trustee.

Dated this 17th day of February, 2024.

/s/ Armando E. Rosal
Armando E. Rosal
Attorney for Debtor
1490 Emerson Drive, NE
Palm Bay, FL 32907
321-728-2300
rosallaw@aol.com
FL Bar No. 929026