**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case Number: | 23-04889 LVV | Trustee: | Dennis D. Kennedy |
|---|---|---|---|
| Case Name: | Alkesh Shastri | Filed (f) or Converted (c): | 11/20/23 (f) |
| | | §341(a) Meeting Date: | 12/26/23 |
| Period Ending: | 03/31/24 | Claims Bar Date: | 06/03/24 |

| Ref # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home  1045 Cady Circle Titusville FL 32780-0000 Brevard county | 290,000.00 | 0.00 | | 0.00 | FA |
| 2 | Lexus GS 2007 265,000 miles | 500.00 | 0.00 | | 0.00 | FA |
| 3 | VARIOUS FURNITURE AND FURNISHINGS, ELECTRONICS, SMALL AND LARGE APPLIANCES 50% wife's | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Men's clothes | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Checking: PNC Bank Note: Debtor opened account on 9/26/2023. Prior to that date he did not have a bank account in his name for approximately 3 years. | 80.00 | 0.00 | | 0.00 | FA |
| 6 | Sebastian Discount Pharmacy 13403 US-1, Sebastian, FL 32958 This business is still the subject of a marital dispute. The ex-wife is currently running the business which ma have debt of approximately $400,000 | 250,000.00 | 250,000.00 | | 0.00 | FA |
| 7 | Florida Prepaid College Program Chandri Shastri | 16,182.00 | 0.00 | | 0.00 | FA |
| 8 | Florida Prepaid College Program Krish Shastri | 19,129.00 | 0.00 | | 0.00 | FA |
| 9 | Florida Prepaid College Program Sonu Shastri | 16,530.00 | 0.00 | | 0.00 | FA |
| 10 | Federal: 2020= $5,723.00 2021= $4,061.00 2022 = $8,255.00 Recently filed refunds due by mail. | 18,039.00 | 18,039.00 | | 8,507.73 | FA |
| 11 | Debtor was involved in a motor vehicle accident in June of 2023. Currently seeking medical treatment. Attorney handling the case: Dan Newlin and Associates, 321-724-1811, Associate assigned is Ernest Wong. | 0.00 | 0.00 | | 0.00 | 0.00 |
| **TOTALS** (Excluding Unknown Values) | | **$611,060.00** | **$268,039.00** | | **$8,507.73** | **$0.00** |

**Major activities affecting case closing:**
03-20-24 - voicemail for PI attorney Lawsuit represented by Dan Newlin, Ernest Wong 321-724-1811

**Initial Projected Date of Final Report (TFR):** November 28, 2025          **Current Projected Date of Final Report (TFR):** November 28, 2025

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| April 18, 2024 | /s/ Dennis D. Kennedy |
| --- | --- |
| Date | Dennis D. Kennedy |

**Form 2**
**Cash Receipts and Disbursements Record**

| | |
|---|---|
| **Case Number:** | 23-04889 LVV |
| **Case Name:** | Alkesh Shastri |
| **Taxpayer ID#:** | ******6112 |
| **Period:** | 04/01/23 - 03/31/24 |

| | |
|---|---|
| **Trustee:** | Dennis D. Kennedy |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******2843 - Checking |
| **Blanket Bond:** | $42,101,882.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/07/24 | Asset #10 | Alkesh Shastri | 2020 Federal Income Tax Refund | 1124-000 | 4,402.96 | | 4,402.96 |
| 02/07/24 | Asset #10 | Alkesh Shastri | 2021 Federal Income Tax Refund | 1124-000 | 4,104.77 | | 8,507.73 |
| 02/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.86 | 8,496.87 |
| 03/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.81 | 8,483.06 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **8,507.73** | **24.67** | **$8,483.06** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **8,507.73** | **24.67** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,507.73** | **$24.67** | |

| | |
|---|---|
| Net Receipts: | $8,507.73 |
| Net Estate: | $8,507.73 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2843** | **8,507.73** | **24.67** | **8,483.06** |
| | **$8,507.73** | **$24.67** | **$8,483.06** |